

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-14-00758-CV

John A**. LANCE**, Debra L. Lance, F.D. Franks and Helen Franks,
Appellants

v.

Judith and Terry **ROBINSON**, Gary and Brenda Fest, Virginia Gray and Butch Townsend,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-12-0100209
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellees Judith and Terry Robinson, Gary and Brenda Fest, Virginia Gray, and Butch Townsend's unopposed motion for extension of time to file their brief is GRANTED. Appellee's brief is timely filed as of July 15, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2015.

_____
Keith E. Hottle
Clerk of Court